# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN EVANS, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COMMISSIONER OF THE SOCIAL | : | No. 18-4059 |
| SECURITY ADMINISTRATION, | : | |
|     Defendant. | : | |

## **ORDER AND JUDGMENT**

AND NOW, this 25th day of March, 2019, upon consideration of Plaintiff Ian Evans's Brief in Support of his Request for Review (doc. 12), the Commissioner's Response (doc. 13), and Evans's Reply (doc, 14), it is ORDERED:

1. Plaintiff's Request for Review is DENIED;

2. JUDGMENT is entered in favor of the Commissioner and against Plaintiff; and

3. The Clerk of Court is DIRECTED to mark this case CLOSED.

                                                      BY THE COURT:

                                                      */s/ Timothy R/ Rice*
                                                      TIMOTHY R. RICE
                                                      U.S. MAGISTRATE JUDGE